UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
:
UNITED STATES OF AMERICA            :     **ORDER**
:
 -v.-                               :     S2 22 Cr. 650 (JPO)
:
JULIAN REBIGA,                      :
:
    Defendant.                      :
:
-----------------------------------x

WHEREAS, with the consent of defendant JULIAN REBIGA, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 28, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
          January 4, 2024

_____
J. PAUL OETKEN
United States District Judge