# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

June 3, 2024

Honorable J. Paul Oetken
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
Courtroom 706
New York, NY 10007

      Re:    Permission for David Goran to Travel
               Index No: 22 Cr 650

Dear Judge Oetken:

      I represent Mr. David Goran in his matter before this Court. I respectfully request that this Court give permission for Mr. Goran to travel to SDNY/EDNY from June 5 through June 12 to celebrate his father's 90th birthday.

      I have asked permission of the Government and Pretrial Services and neither have any objection pending your approval.

Respectfully yours,

*Sam Braverman*

Samuel M. Braverman

Granted.
So ordered.
6/3/2024

*J. Paul Oetken*
J. PAUL OETKEN
United States District Judge

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Washington, DC ■ Stamford, CT ■ Los Angeles, CA ■ Denver, CO ■ Boston, MA
docs-100700623.1