UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
 :
UNITED STATES OF AMERICA : WAIVER OF INDICTMENT
 :
   - v. - : S3 22 Cr. 650 (JPO)
 :
JOEL ZUBAID, :
 :
          Defendant. :
 :
- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 371, 1028A, 1343, 1344, 1349, 1951, 1956(h), and 1956(a)(1)(b)(i), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                    _____
                                    Joel Zubaid
                                    Defendant

                                    _____
                                    Bob Hartmann, Esq.
                                    Counsel for Defendant

Date:    New York, New York
         January 12, 2024