UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

             Plaintiff,            1:22-cr-00650-JPO-4

  -against-             **NOTICE OF APPEARANCE**

JOEL ZUBAID,

             Defendant.

PLEASE TAKE NOTICE that I, Richard Weber, Esq., hereby respectfully enter my appearance on behalf of Defendant Martin Mizrahi in the above-captioned action and respectfully request that all pleadings, notices, orders, correspondence, and other papers in connection with this action be directed to me at the office set forth below or through the Court's electronic filing system.

I certify that I am admitted to practice in this Court.

Dated:  July 22, 2024

                                            Respectfully submitted,

                                            s/Richard Weber
                                            Richard Weber
                                            Winston & Strawn LLP
                                            200 Park Avenue
                                            New York, NY 10166-4193
                                            Telephone: (212) 294-1718
                                            RWeber@winston.com

                                            *Attorney for Martin Mizrahi*