Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

Southern District of New York

Caption:

United States v.

Martin Mizrahi

Docket No.: S2 22-CR-650-4 (JPO)
J. Paul Oetken
(District Court Judge)

Notice is hereby given that **Martin Mizrahi** appeals to the United States Court of Appeals for the Second Circuit from the judgment **X** [ ] other [ ] **and** Order of Forfeiture (specify) entered in this action on **September 11, 2024.**
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [ **X** ]   Other [ ]

Defendant found guilty by plea [ ]   | trial | **X** | N/A [ ] .

Offense occurred after November 1, 1987? Yes | **X**   No [ ]   N/A [ ]

Date of sentence: **September 10, 2024**   N/A [ ]

Bail/Jail Disposition: Committed [ ]   Not committed | **X**   N/A [ ]

Appellant is represented by counsel? Yes **X** | No |   If yes, provide the following information:

Defendant's Counsel: Christopher D. Man

Counsel's Address: Winston & Strawn LLP, 1901 L Street, NW
Washington, DC 20036

Counsel's Phone: (202) 282-5622

Assistant U.S. Attorney: Emily Deininger

AUSA's Address: One Saint Andrews Plaza
New York, NY 10007

AUSA's Phone: (212) 637-2472

*Christopher Man*
Signature

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Sep 20, 2024 11:17AM

MARTIN MIZRAHI

Rcpt. No: 33073          Trans. Date: Sep 20, 2024 11:17AM          Cashier ID: #JE

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 203 | Notice of Appeal/Docketing Fee |                      | 1   | 605.00 | 605.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #7511 | 09/20/2024 | $605.00 |

Total Due Prior to Payment: $605.00
Total Tendered: $605.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments:** 22CR650-4 JPO

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.